**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

December 13, 2019

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

Re: **United States v. Luis Angel Rivera, et al.**
      **19 Cr. 58 (LGS)**

Dear Judge Schofield:

I represent defendant Luis Angel Rivera in the above-captioned case and write to request that the Court grant the defense an extension to file its sentencing submission or adjourn the sentencing in this case (and corresponding deadlines) for one or two weeks. Mr. Rivera is one of three co-defendants who have pled guilty to conspiracy to commit Hobbs Act robbery. His sentencing is scheduled for January 9, 2020. The defense sentencing submission is due December 16, 2019.

In its submission, the defense intends to include a mitigation report completed by an outside expert, but I have not yet received this report. I expect to have it by the end of this week. I am requesting additional time to be able to incorporate this report into our submission. We are requesting either that the Court extend the deadline for our submission to December 20, 2019 (without moving the sentencing date) or adjourn the sentencing and all corresponding deadlines for one or two weeks. I have contacted AUSA Christopher Clore on behalf of the government and I understand that he does not object to this request. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel.: (212) 417-8772

cc: AUSA Christopher Clore (by ECF)

Application GRANTED. The deadline for Defendant Rivera's pre-sentencing submission is hereby extended from December 16, 2019, to December 20, 2019, at noon. The deadline for Government's pre-sentencing submission, if any, is hereby extended from December 19, 2019, to January 3, 2020.
Dated: December 16, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE