USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      Plaintiff,

           -against-

    LUIS-ANGEL RIVERA,

                      Defendant,
------------------------------------------------------------X

19 Cr. 58-01 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Luis-Angel Rivera's sentencing hearing previously scheduled for January 9, 2020, is adjourned to **April 2, 2020 at 11:00 a.m.** due to a conflict in the Court's schedule.

Dated: January 7, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**