USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                     :

UNITED STATES OF AMERICA,         :

                      Plaintiff,      :

                                     :           19 Cr. 58-01 (LGS)

               -against-                        :

                                     :           <u>ORDER</u>

LUIS-ANGEL RIVERA,                     :

                        Defendant,  :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Luis-Angel Rivera's sentencing hearing previously scheduled for April 2, 2020, is adjourned to **June 2, 2020 at 2:00 p.m.** due to a conflict in the Court's schedule.

Dated:  March 25, 2020
          New York, New York

                                                                    **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**