**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 10, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Luis-Angel Rivera, 19 Cr. 58 (LGS)

Dear Judge Schofield:

    I write to request an adjournment of the sentencing hearing in the above-referenced case. It is scheduled for tomorrow, June 11, at 11:15.

    Defense counsel has a health issue and will unable to proceed with the sentencing tomorrow. We will update the Court in one week regarding when the defense will be able to proceed.

    I thank the Court for its time and attention to this matter.

Respectfully Submitted,
/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
646-588-8323

cc:   AUSA Christopher Clore

Application Granted.  Defendant Luis-Angel Rivera's sentencing hearing is adjourned to July 2, 2020 at 11:15 a.m.  The parties shall file a joint status letter on June 22, 2020.  The Clerk of the Court is directed to terminate the letter motion at docket number 111.

Dated: June 10, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**