**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 16, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Luis-Angel Rivera, 19 Cr. 58 (LGS)

Dear Judge Schofield:

I write to request permission for Mr. Rivera to attend his aunt's viewing and memorial service tomorrow, June 17, in the Bronx, from 10-8.  She recently passed away due to complications related to COVID-19.   Pretrial Services Officer Joshua Rothman has no objection to Mr. Rivera attending the funeral, but has informed me that Court approval is needed because Pretrial can only approve attendance at the funerals of immediate family members.

Mr. Rivera and I will provide Mr. Rothman with the details regarding the location and Mr. Rivera will comply with any requests from Pretrial regarding his attendance of the memorial.

I thank the Court for its time and attention to this matter.

Respectfully Submitted,
/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
646-588-8323

cc:   AUSA Christopher Clore

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 113.

Dated: June 17, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**