```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19 CR 58 - 1
     -against-                       :
                                     :   ORDER
                                     :
Luis-Angel Rivera                    :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Ona T. Wang, United States Magistrate Judge:

ORDERED that the defendant's bail is revoked and the defendant is ordered to surrender to the custody of the United States Marshals Service by 4pm on August 13, 2020.

Dated: New York, New York
       August 13, 2020

                                        SO ORDERED

                                        _____
                                        Ona T. Wang
                                        United States Magistrate Judge