UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,        :

                    Plaintiff,    :               19 Cr. 58-01 (LGS)

                                      :

          -against-         :

                                      :           SCHEDULING ORDER

LUIS-ANGEL RIVERA,           :

                   Defendant,  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court received the Probation Department's memorandum dated June 18, 2026, seeking a status conference to discuss Defendant Rivera's non-compliance with his terms of supervision.  It is hereby

**ORDERED** that the parties shall appear for a status conference on **July 14, 2026, at 4:00 p.m**.  The Probation Department is directed to transmit a copy of its June 18, 2026, memorandum to the parties.

Dated: June 30, 2026
       New York, New York

_____
       **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**